UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Steven Wray**                          **Docket No. 5:11-CR-160-1D**

### Petition for Action on Supervised Release

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Steven Wray, who, upon an earlier plea of guilty to Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on April 3, 2012, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of LIFE.

Steven Wray was released from custody on November 9, 2020, at which time the term of supervised release commenced in the Eastern District of Pennsylvania.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 12, 2020, the probation office in the Eastern District of Pennsylvania forwarded a request to modify the conditions of supervised release to include computer monitoring. Additionally, they requested that the defendant pay for the costs of monitoring in accordance with the probation officer's discretion. The undersigned probation officer agrees with their recommendation and respectfully recommends the conditions of supervised be modified as outlined below.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.  The defendant shall submit to an initial inspection by the U.S. Probation Office and to any examinations during supervision of the defendant's computer and any devices, programs, or application. The defendant shall allow the installation of any hardware or software systems which monitor or filter computer use. The defendant shall abide by the standard conditions of computer monitoring and filtering that will be approved by this Court. The defendant is to pay the cost of the computer monitoring not to exceed the monthly contractual rate, in accordance with the probation officer's discretion.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                     I declare under penalty of perjury that the foregoing
                                           is true and correct.


/s/ Dewayne L. Smith                       /s/ C. Lee Meeks, Jr.
Dewayne L. Smith                           C. Lee Meeks, Jr.
Supervising U.S. Probation Officer         U.S. Probation Officer
                                           Executed On: November 13, 2020

Steven Wray
Docket No. 5:11-CR-160-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___17___ day of ___November___, 2020, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge